IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| AMIR HOSSEIN HOSSEINI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MARCO RUBIO, *in his official capacity as*, Secretary of the U.S. Department of State, <br><br> Defendant. | Case No. 1:25-cv-10865-GAO |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiffs hereby file this notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without court order "by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." *See* Fed. R. Civ. P. 41(a)(1)(A)(i). After review of Defendant's motion to dismiss, Plaintiffs have decided to voluntarily dismiss this action without court order.

August 1, 2025

Respectfully submitted,

*/s/Jesse M. Bless*
JESSE M. BLESS
MA Bar No. 660713
Bless Litigation LLC
6 Vineyard Lane
Georgetown MA 01833
781.704.3897
jesse@blesslitigation.com
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I, Jesse M. Bless, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/Jesse M. Bless
JESSE M. BLESS
Bless Litigation LLC